| Fill in this information to identify the case: |
| --- |
| Debtor 1   Joseph E Gallagher, Jr. |
| Debtor 2 |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN  District of PENNSYLVANIA |
| Case number 26-11473-pmm |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF9

**Last 4 digits** of any number you use to identify the debtor's account: 7018

**Court claim no.** (if known): N/A

**Date of payment change:** 9/1/2026
Must be at least 21 days after date
of this notice

**New total payment:** $2,944.27
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $1,357.21        **New escrow payment:** $1,074.40

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**              **New interest rate:**

   **Current principal and interest payment:**     **New principal and interest payment:**

Debtor 1 <u>Joseph E Gallagher, Jr.</u>                                    Case number *(if known)* <u>26-11473-pmm</u>
 Print Name         Middle Name        Last Name

| Part 3: | **Annual HELOC Notice** |

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☐ No
☐ Yes.

**Current HELOC payment:**        $

**Reconciliation amount:**        +$ or
                                  - $

**Amount of next payment (including reconciliation amount)**                $

**Amount of the new payment thereafter (without reconciliation amount)**        $

| Part 4: | Other Payment Change |

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☐ Yes        Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment**                **New mortgage payment:**

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ☐ I am the creditor

   ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/  Robert Shearer        Date  May 20, 2026
   Signature

| Print | **Robert Shearer** | | | Title | Authorized Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address   13010 Morris Rd., Suite 450
           Number        Street

           Alpharetta, GA 30004
           City                   State       ZIP Code

Contact Phone   470-321-7112                    Email  rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 4, 2026</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Joseph E Gallagher, Jr.
5944 Mechanicsville Road
Mechanicsville, PA 18934

And via electronic mail to:

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ <u>Hannah Phasavang</u>
Hannah Phasavang



Sign up for paperless delivery
at www.spservicing.com

Paperless

May 15, 2026



JOSEPH E GALLAGHER JR
5944 MECHANICSVILLE RD
MECHANICSVILLE, PA 18934

**Property Address:** 5944 MECHANICSVILLE ROAD
SOLEBURY, PA 18934

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your
new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

SPS reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment | New Payment (as of 09/01/2026) | Change |
|---|---|---|---|
| **Principal and Interest** | $1,869.87 | $1,869.87 | |
| **Regular Escrow Payment** | $1,357.21 | $1,074.40 | $-282.81 |
| **Monthly Shortage Payment** | $0.00 | $0.00 | $0.00 |
| **Total Payment** | $3,227.08 | $2,944.27 | $-282.81 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements | Current Year Estimated Disbursements (as of 09/01/2026) | Change |
|---|---|---|---|
| Tax Disbursements | $13,504.58 | $10,110.87 | $-3,393.71 |
| Hazard Insurance Disbursements | $2,782.00 | $2,782.00 | $0.00 |
| **Total Annual Escrow Disbursements** | $16,286.58 | $12,892.87 | $-3,393.71 |
| **Monthly Escrow Payment** | $1,357.21 | $1,074.40 | $-282.81 |
| **Monthly Shortage Payment** | $0.00 | $0.00 | $0.00 |

See reverse side

B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 2 months.  This reserve is established to cover unanticipated increases in your property taxes, insurance and other escrow amounts. The monthly reserve requirement amount is $2,148.81 and is accounted for in your monthly escrow payment reflected above in Tables 1 and 2.   If your account has mortgage insurance, the monthly mortgage insurance amount has been removed from the escrow reserve requirements.

C. **Escrow Surplus** – The actual beginning balance on your account in Tables 3 and 4 is $15,866.69.  According to the projections shown in Tables 3 and 4, your required beginning balance should be $2,148.88.If the scheduled payments are made there will be a surplus in the account of $13,717.81.

If your account meets minimum criteria defined below, we will send a refund check for this surplus under separate cover for the full or partial refund[1].

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $0.00.   This amount has been removed from the projected starting balance.

Your total refund is $13,717.81, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance.  $15,866.69 - $2,148.88 = $13,717.81.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis.  An asterisk (*) indicates a difference from a previous estimate in either the date or the amount.  The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis.  Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-57,054.90 |
| Total Actual Activity | | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Expected Payments** | | | | | | |
| May 2026 | | $1,357.21 | $75,497.87 E | $0.00 | $0.00 | $18,442.97 |
| June 2026 | | $1,357.21 | $1,357.21 E | $0.00 | $0.00 E | $19,800.18 |
| July 2026 | | $1,357.21 | $1,357.21 E | $0.00 | $0.00 E | $21,157.39 |
| August 2026 | SCHOOL TAX | $1,357.21 | $1,357.21 E | $6,647.91 | $6,647.91 E | $15,866.69 |
| **Total Including Expected Payments** | | $5,428.84 | $79,569.50 | $6,647.91 | $6,647.91 | |

See reverse side

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (\*\*) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $15,866.69 | $2,148.88 |
| September 2026 | | $1,074.40 | $0.00 | $16,941.09 | $3,223.28 |
| October 2026 | | $1,074.40 | $0.00 | $18,015.49 | $4,297.68 |
| November 2026 | | $1,074.40 | $0.00 | $19,089.89 | $5,372.08 |
| December 2026 | | $1,074.40 | $0.00 | $20,164.29 | $6,446.48 |
| January 2027 | | $1,074.40 | $0.00 | $21,238.69 | $7,520.88 |
| February 2027 | HAZARD INS | $1,074.40 | $2,782.00 | $19,531.09 | $5,813.28 |
| March 2027 | | $1,074.40 | $0.00 | $20,605.49 | $6,887.68 |
| April 2027 | CITY TAX | $1,074.40 | $3,462.96 | $18,216.93 | $4,499.12 |
| May 2027 | | $1,074.40 | $0.00 | $19,291.33 | $5,573.52 |
| June 2027 | | $1,074.40 | $0.00 | $20,365.73 | $6,647.92 |
| July 2027 | | $1,074.40 | $0.00 | $21,440.13 | $7,722.32 |
| August 2027 | SCHOOL TAX | $1,074.40 | $6,647.91 | $15,866.62 | $2,148.81\*\* |
| **Totals** | | $12,892.80 | $12,892.87 | | |

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notice of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| General Correspondence | Payment Remittance | Notice of Error/Information Request |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

[1] Refund Information

Although our analysis determined an overage in your escrow account, a check may not be issued. This may be due to one or more of the following.

- An overage refund that exceeds your current escrow balance may not be refunded in one check. Funds currently available and held in escrow will be refunded, but any remaining difference between the previous refund and the full refund will be sent once the funds become available in the escrow account. If the additional funds are not available in the escrow account within 30 days of this statement, please contact us to review your account to determine if any additional refund is available to be sent. The refund amount from statement is a projection of the funds that will be in your account in the future, not the amount of the funds that are currently in your account.
- Overages are not refunded when an account is delinquent. Please review your payment history and due date for your account. If it is 30 days or greater past due, an escrow refund will not be sent until the payments have been made. Once your mortgage payments are current, please request a refund of your escrow overage amount. Your refund amount may vary at that time from the amount listed on this statement as additional escrow activity may change the amount eligible for a refund.

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side

See reverse side